**DISMISS; and Opinion Filed August 5, 2019.**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00908-CR

**GLORIA ELENA MELTON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 17-80274-CC2-F**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Myers, and Justice Pedersen, III
Opinion by Chief Justice Burns

Gloria Elena Melton appeals her November 28, 2018 conviction for driving while intoxicated, third offense. After appellant entered a plea of nolo contendere, the jury found her guilty and made an affirmative finding that a deadly weapon was used. Punishment, enhanced by two prior convictions, was assessed at sixty years in prison. Appellant's notice of appeal, dated July 22, 2019, was filed in the trial court on August 1, 2019.

A timely filed notice of appeal is required to invoke this Court's jurisdiction. *Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012). In the absence of a timely filed notice of appeal, the Court has no option other than to dismiss the appeal. *Id*. A defendant perfects an appeal by filing with the trial court clerk, within thirty days after the date sentence was imposed or within

ninety days after sentencing if the defendant timely filed a motion for new trial, a written notice of appeal showing her desire to appeal. *See* TEX. R. APP. P. 25.2(b), (c), 26.2(a).

Appellant's sentence was imposed November 28, 2018; absent a timely filed motion for new trial, her notice of appeal was due December 28, 2018.  Her notice of appeal, dated July 22, 2019, was filed in the trial court on August 1, 2019.

Under these circumstances, we have no other option than to dismiss this appeal.


        /Robert D. Burns, III/

        ROBERT D. BURNS, III
        CHIEF JUSTICE


Do Not Publish
TEX. R. APP. P. 47.2(b)

190908F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

GLORIA ELENA MELTON, Appellant

No. 05-19-00908-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 2, Kaufman County, Texas

Trial Court Cause No. 17-80274-CC2-F.

Opinion delivered by Chief Justice Burns. Justices Myers and Pedersen, III participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered this 5th day of August, 2019.